# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD J. BARON,** | : | CIVIL ACTION NO. 1:15-CV-2305 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **NANCY A. BERRYHILL**, Acting Commissioner of Social Security, Defendant | : | |

## **ORDER**

AND NOW, this 11th day of April, 2017, upon consideration of the plaintiff's motion for attorney fees (Doc. 16), and the Acting Commissioner's response thereto, it is hereby ORDERED that plaintiff Gerald J. Baron is awarded Three Thousand Two Hundred Eighty-three dollars ($3283.00) in attorney fees under the EAJA and Four Hundred dollars ($400.00) in costs. These attorney fees will be paid directly to plaintiff, Gerald J. Baron, and sent to the business address of plaintiff's counsel, Beth Arnold, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the government that plaintiff owes no qualifying, pre-existing debt(s) to the government. If such a debt(s) exists, the government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania