# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD J. BARON,** | : | CIVIL ACTION NO. 1:15-CV-2305 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **NANCY A. BERRYHILL,**[1] | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 17th day of September, 2018, upon consideration of plaintiff's motion (Doc. 23) for attorney's fees pursuant to Section 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), and there being no objection by counsel for the defendant, it is hereby ORDERED as follows:

1. That the court authorizes a payment to the Law Offices of Charles E. Binder and Harry J. Binder, LLP, in the amount of Eleven Thousand, Eight Hundred and Fifty-One dollars and 00/00 cents ($11,851.00) in attorney's fees being withheld from plaintiff's past-due benefits for court-related services; and

2. Upon receipt of this sum, plaintiff's counsel shall remit Three Thousand, Two Hundred and Eighty-Three dollars and 00/00 cents ($3,283.00) directly to plaintiff, representing the sum already paid to plaintiff's counsel on plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] Due to the Federal Vacancies Reform Act, 5 U.S.C. § 3345 *et seq.*, former acting Commissioner of Social Security Nancy A. Berryhill is currently presiding as the Deputy Commissioner for Operations of the Social Security Administration. For consistency purposes, however, we continue to refer to Ms. Berryhill as "the Commissioner."